Lawrence County *v.* Pittsburg & Lake Erie Railroad Company.

Pittsburg & Lake Erie Railroad Company *v.* County of Lawrence.

Argued Oct. 17, 1900.  Appeal, No. 60, Oct. T., 1900, by defendants, from decree of C. P. Lawrence Co., Dec. T., 1899, No. 3, continuing preliminary injunction in case of County of Lawrence and The Pittsburg Bridge Company v. Pittsburg & Lake Erie Railroad Company.  Before McCollum, C. J., Mitchell, Fell, Brown, Mestrezat and Potter, JJ.  Reversed.

Argued Oct. 17, 1900.  Appeal, No. 61, Oct. T., 1900, by plaintiff, from decree of C. P. Lawrence Co., Dec. T., 1899, No. 4, dismissing bill in equity in case of The Pittsburg & Lake Erie Railroad Company v. The County of Lawrence, William L. McConnell et al., County Commissioners.  Before McCollum, C. J., Mitchell, Fell, Brown, Mestrezat and Potter, JJ.  Reversed.

Opinion by Mr. Justice Mitchell, January 7, 1901:

These cases are ruled by the decision in Pittsburg & Lake Erie R. R. Co. v. County of Lawrence, ante, p. 1.

In No. 60, the decree is reversed and bill directed to be dismissed with costs.

In No. 61, the decree is reversed and injunction directed to be awarded against further proceeding in the construction of the bridge in controversy in such manner as to interfere with the property or operations of the complainant.  Costs to be paid by the appellees.